UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS BELTRAN-VEGA,<br><br>Defendant. | Case No. 4:15-cr-00092-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

Before the Court is Defendant Carlos Beltran-Vega's Motion for Compassionate Release (Dkt. 94) and the Government's Motion for Summary Dismissal (Dkt. 96). After considering the briefing and the record and for the reasons set forth below, the Court will deny the Beltran-Vega's Motion.

## BACKGROUND

In 2018, Mr. Beltran-Vega pled guilty to possession with intent to distribute methamphetamine and was sentenced to 135 months of incarceration. *PSR*, Dkt. 55. He was held responsible for 214 grams of methamphetamine mixture, 1.1

kilograms of heroin, and 1.3 kilograms of actual methamphetamine. *Id.* He is currently housed at FCI Oakdale II with a projected release date of April 18, 2025.

Mr. Beltran-Vega previously filed a Motion for Compassionate Release (Dkt.89) which the Court denied on the grounds that while his health conditions may constitute extraordinary and compelling circumstances, they did not outweigh the 18 U.S.C. § 3553(a) factors. Dkt. 93.

## ANALYSIS

Mr. Beltran-Vega's current Motion is virtually identical to his previous Motion containing the same boiler plate general arguments. He provides no new particularized information about any changes in his health or circumstances, and he fails once again to discuss the § 3553(a) factors as they apply to him. In fact, his current Motion is more akin to a motion for reconsideration.

A motion for reconsideration is a request for an "extraordinary remedy to be used sparingly;" that it is not intended to provide litigants with a "second bite at the apple;" and that it does not offer an opportunity to reargue a party's position. Dkt. 45 at 2 (citing *Carroll v. Nakatani*, 342 F.3d 934, 945 (9th Cir. 2003); *Weeks v. Bayer*, 246 F.3d 1231, 1236 (9th Cir. 2001); and *Wood v. Ryan*, 759 F.3d 1117, 1121 (9th Cir. 2014)).

Whether construed as a motion for compassionate release or a motion for reconsideration, the Court cannot grant relief. Mr. Beltran-Vega's long history of

alcohol and drug abuse; prior convictions for drug, weapons, immigration, and identity theft related offenses; and the seriousness of the offense for which he is currently incarcerated indicate that he would pose a danger to the community if released. He has offered nothing to indicate otherwise.

## ORDER

**IT IS ORDERED that:**

1. The Government's Motion for Summary Dismissal (Dkt. 96) is **GRANTED**.

2. Carlos Beltran-Vega's Motion for Compassionate Release (Dkt. 94) is **DENIED**.

DATED: June 13, 2022

B. Lynn Winmill
U.S. District Court Judge